DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIKE DIOMANDE** and **AICHA GHORZI,**
Appellant,

v.

**VISTAZO OWNER ASSOCIATION a/k/a VISTAZO AT BOCA RATON COMMUNITY ASSOCIATION, INC.** and **ROGER PARIS,**
Appellee.

No. 4D22-2861

[May 4, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502022CA002416.

Mike Diomande and Aicha Ghorzi, Boca Raton, pro se.

Josef M. Fiala of Vernis & Bowling of Palm Beach, P.A., North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***